7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* David Lee Hunsaker and Maria Soledad Hunsaker
*Debtor*

*Bankruptcy Case No.*
15−61001−abf7

**J. Kevin Checkett**
   Plaintiff(s)

*Adversary Case No.*
15−06055−abf

v.

**Citicards**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman, United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of the Plaintiff J. Kevin Checkett, Trustee, and against the Defendant, Citicards in the amount of $2,500.00.

PAIGE WYMORE−WYNN
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 6/17/16

Court to serve